# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** RICHARD & LUCILLE BLANCIAK
**Case Number:** 16-24475-GLT        **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 25, 2018 01:30 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#53 - Final Confirmation of Plan Dated 9/26/2017 (NFC)
R / M #:  53 / 0

### *Appearances:*

Debtor: [signature]
Trustee: Winnecour / Pail / Katz
Creditor: Warmbrodt - Cit Bank

### *Proceedings:*

Outcome: Continued

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 2-14-18.
   Objections are due on or before 2-28-18.
   A hearing on the Amended Plan is set for 3-15-18 at 9—.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/22/2018    9:11:36AM