**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **Richard Blanciak** | : | **Bankruptcy No. 16-24475-GLT** |
| **Lucille Blanciak** | : | |
| Debtor | : | **Chapter 13** |
| _____ | : | |
| **Richard Blanciak** | : | |
| **Lucille Blanciak** | : | |
| Movant | : | **Related to Document No.** |
| | : | **Hearing and Date: March 28, 2018, 9:00** |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee** | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE OF MOTION FOR ATTORNEY COMPENSATION

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below on (date)  February 10, 2018, as follows:

By First Class Mail (Parties served electronically, not served by US Mail)

US Trustee
Ustpregion03.pi.ecf@usdoj.gov

Ronda Winnecour
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Richard Gainey, Esquire
PO Box 11124
Pittsburgh, PA  15237

Richard Blanciak
Lucille Blanciak
1218 Plesantview Drive
Vandergrift, PA 15690


See attached list


EXECUTED ON: February 10, 2018

/s/Samuel M. DiFatta, Esquire
Samuel M. DiFatta, Esquire
PO Box 23
Tarentum, PA  15084
Phone No. (724) 882-5175
PA ID# 78156
difatta1015@comcast.net

BLANCHIA

Beneficial Consumer Discount
PO Box 1231
Brandon, FL 33509-1231

Capital One
PO Box 30253
Salt Lake City, UT 84130

Capital One
PO Box 30253
Salt Lake City, UT 84130

Capital One
PO Box 30253
Salt Lake City, UT 84130

Capital One
PO Box 30253
Salt Lake City, UT 84130

Capital One
PO Box 30253
Salt Lake City, UT 84130

Comenity Bank/Fashion Bug
PO Box 18279
Columbus, OH 43218

Comenity Bank/Maurices
PO Box 18279
Columbus, OH 43218

Ford Motor Credit
PO Box 54200
Omaha, NE 68154

Ford Motor Credit
PO Box 54200
Omaha, NE 68154

Midland Funding LLC
8875 Aero Drive
Suite 200
San Diego, CA 92123

Synchrony Bank/JC Penney
PO Box 965036
Orlando, FL 32896

Tax Claim Bureau
450 East Market Street
Suite 4D
Kittanning, PA 16201