Form 202

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Richard Blanciak**
**Lucille Blanciak**
   Debtor(s)

Bankruptcy Case No.: 16–24475–GLT

Chapter: 13
Docket No.: 73 – 72
Concil. Conf.: April 12, 2018 at 11:30 AM

**ORDER SCHEDULING DATES FOR HEARING ON**
**AND OBJECTION TO AMENDED PLAN DATED February 24, 2018**

     **IT IS HEREBY ORDERED** that the Debtor(s) shall *immediately* serve a copy of this order and the "Amended Chapter 13 Plan" on the Chapter 13 Trustee and all parties in interest and complete and file the enclosed Certificate of Service with the Clerk of the Bankruptcy Court.

     *On or before March 29, 2018,* all Objections must be filed and served on the Debtor, Chapter 13 Trustee, and any creditor whose claim is the subject of the Objection. *Objections which are not timely filed will not be considered.*

     *On April 12, 2018 at 11:30 AM,* a Conciliation Conference shall occur with the Chapter 13 Trustee on the Debtor's Amended Chapter 13 Plan at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

     If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

     The conciliation conference set for 3/15/18 is Cancelled.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: February 26, 2018

cm: Proponent of the Amended Plan

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-24475-GLT
Richard Blanciak                                                Chapter 13
Lucille Blanciak
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jhel              Page 1 of 1              Date Rcvd: Feb 26, 2018
                              Form ID: 202            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.
db/jdb         +Richard Blanciak,   Lucille Blanciak,   1218 Pleasantview Drive,   Vandergrift, PA 15690-6121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    BENEFICIAL CONSUMER DISCOUNT COMPANY ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
               solely as trustee of NRZ Pass-Through Trust VI C/O Fay Servicing, LLC bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
               jbluemle@weltman.com
              Matt D. Urban    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard P. Gainey    on behalf of Debtor Richard  Blanciak richard.gainey@comcast.net,
               difatta1015@comcast.net
              Richard P. Gainey    on behalf of Joint Debtor Lucille  Blanciak richard.gainey@comcast.net,
               difatta1015@comcast.net
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Samuel M. DiFatta    on behalf of Debtor Richard  Blanciak difatta1015@comcast.net,
               richard.gainey@comcast.net
              Samuel M. DiFatta    on behalf of Joint Debtor Lucille  Blanciak difatta1015@comcast.net,
               richard.gainey@comcast.net
                                                                                              TOTAL: 11