**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **Richard Blanciak** | : | **Bankruptcy No. 16-24475-GLT** |
| **Lucille Blanciak** | : | |
| Debtor | : | **Chapter 13** |
| _____ | : | |
| **Richard Blanciak** | : | |
| **Lucille Blanciak** | : | |
| Movant, | : | Related to Document No. |
| | : | Hearing and Date: |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee** | : | |
| Respondent | : | |

## CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S MOTION TO SUBSTITUTE COUNSEL

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Extend the Automatic Stay filed on January 26, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than February 26, 2018.

It is hereby respectfully requested that the order attached to the Motion be entered by the court.

Dated: March 1, 2018        By:

/s/Samuel M. DiFatta, Esq.
Samuel M. DiFatta, Esq.
PA I.D. # 78156
PO Box 23
Tarentum, PA 15084
Tel: 724-882-5175