Form 202

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Richard Blanciak**
**Lucille Blanciak**
 Debtor(s)

Bankruptcy Case No.: 16–24475–GLT

Chapter: 13
Docket No.: 80 – 77
Concil. Conf.: April 12, 2018 at 03:30 PM

**ORDER SCHEDULING DATES FOR HEARING ON**
**AND OBJECTION TO AMENDED PLAN DATED February 24, 2018**

 **IT IS HEREBY ORDERED** that the Debtor(s) shall *immediately* serve a copy of this order and the "Amended Chapter 13 Plan" on the Chapter 13 Trustee and all parties in interest and complete and file the enclosed Certificate of Service with the Clerk of the Bankruptcy Court.

 *On or before March 29, 2018,* all Objections must be filed and served on the Debtor, Chapter 13 Trustee, and any creditor whose claim is the subject of the Objection. *Objections which are not timely filed will not be considered.*

 *On April 12, 2018 at 03:30 PM,* a Conciliation Conference shall occur with the Chapter 13 Trustee on the Debtor's Amended Chapter 13 Plan at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

 If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

*Gregory L. Taddonio, Judge*
*United States Bankruptcy Court*

Dated: March 2, 2018

cm: Proponent of the Amended Plan

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard Blanciak  
Lucille Blanciak  
    Debtors

Case No. 16-24475-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 1      Date Rcvd: Mar 02, 2018  
                      Form ID: 202      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.  
db/jdb      +Richard Blanciak,   Lucille Blanciak,   1218 Pleasantview Drive,   Vandergrift, PA 15690-6121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2018 at the address(es) listed below:

      Ann E. Swartz    on behalf of Creditor    BENEFICIAL CONSUMER DISCOUNT COMPANY ecfmail@mwc-law.com  
      James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com  
      James Warmbrodt    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI C/O Fay Servicing, LLC bkgroup@kmllawgroup.com  
      James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com, jbluemle@weltman.com  
      Matt D. Urban    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com, jbluemle@weltman.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Richard P. Gainey    on behalf of Debtor Richard Blanciak richard.gainey@comcast.net, difatta1015@comcast.net  
      Richard P. Gainey    on behalf of Joint Debtor Lucille Blanciak richard.gainey@comcast.net, difatta1015@comcast.net  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      Samuel M. DiFatta    on behalf of Debtor Richard Blanciak difatta1015@comcast.net, richard.gainey@comcast.net  
      Samuel M. DiFatta    on behalf of Joint Debtor Lucille Blanciak difatta1015@comcast.net, richard.gainey@comcast.net  
      TOTAL: 11