**Form 143**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Richard Blanciak**
**Lucille Blanciak**
    Debtor(s)

Bankruptcy Case No.: 16−24475−GLT

Chapter: 13
Docket No.: 84 − 83

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    Richard P. Gainey has been removed as attorney from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: March 5, 2018

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard Blanciak  
Lucille Blanciak  
    Debtors

Case No. 16-24475-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 1      Date Rcvd: Mar 05, 2018  
                        Form ID: 143      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2018.  
aty          +Richard P. Gainey,   Gainey Law Offices,   P.O. Box 11124,   Pittsburgh, PA 15237-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018                                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2018 at the address(es) listed below:

         Ann E. Swartz    on behalf of Creditor    BENEFICIAL CONSUMER DISCOUNT COMPANY ecfmail@mwc-law.com  
         James   Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com  
         James   Warmbrodt    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI C/O Fay Servicing, LLC bkgroup@kmllawgroup.com  
         James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com, jbluemle@weltman.com  
         Matt D. Urban    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com, jbluemle@weltman.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Richard P. Gainey    on behalf of Debtor Richard   Blanciak richard.gainey@comcast.net, difatta1015@comcast.net  
         Richard P. Gainey    on behalf of Joint Debtor Lucille   Blanciak richard.gainey@comcast.net, difatta1015@comcast.net  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Samuel M. DiFatta    on behalf of Joint Debtor Lucille   Blanciak difatta1015@comcast.net, richard.gainey@comcast.net  
         Samuel M. DiFatta    on behalf of Debtor Richard   Blanciak difatta1015@comcast.net, richard.gainey@comcast.net

                                                                                                                     TOTAL: 11