FILED
3/5/18 12:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Richard Blanciak | : | Bankruptcy No. 16-24475-GLT |
| Lucille Blanciak | : | |
|     Debtor | : | Chapter 13 |
| _____ | : | |
| Richard Blanciak | : | |
| Lucille Blanciak | : | |
|     Movant, | : | Related to Dkt. No. 68 |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
|     Respondent | : | |

## ORDER

**AND NOW,** on this __5th__ day of __March__, 2018, upon consideration of the Motion for Substitution of Counsel, and for good cause shown, it is hereby ORDERED and DECREED as follows:

1. Attorney Samuel M. DiFatta shall act as the attorney for the Debtor until further Order of Court.

2. Attorney Richard P. Gainey and Gainey Law Offices, LLC is no longer the attorney for the Debtor.

3. Any further distributions and remaining fees owed with regard to the aforementioned Debtor shall now be paid to Attorney Samuel M. DiFatta, Esquire.

4. All of the aforementioned Debtor's files shall be forwarded to or made available to Samuel M. DiFatta within (5) days from the date of this Order.

Prepared by: __Samuel DiFatta, Esq.__

DEFAULT ENTRY

Dated: March 05, 2018

Gregory L. Taddonio    jah
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 16-24475-GLT
Richard Blanciak Chapter 13
Lucille Blanciak
 Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: gamr Page 1 of 1 Date Rcvd: Mar 05, 2018
 Form ID: pdf900 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2018.
db/jdb +Richard Blanciak, Lucille Blanciak, 1218 Pleasantview Drive, Vandergrift, PA 15690-6121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2018 at the address(es) listed below:
 Ann E. Swartz on behalf of Creditor BENEFICIAL CONSUMER DISCOUNT COMPANY ecfmail@mwc-law.com
 James Warmbrodt on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com
 James Warmbrodt on behalf of Creditor Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI C/O Fay Servicing, LLC bkgroup@kmllawgroup.com
 James P. Valecko on behalf of Creditor Ford Motor Credit Company LLC jvalecko@weltman.com, jbluemle@weltman.com
 Matt D. Urban on behalf of Creditor Ford Motor Credit Company LLC kebeck@weltman.com, jbluemle@weltman.com
 Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov
 Richard P. Gainey on behalf of Debtor Richard Blanciak richard.gainey@comcast.net, difatta1015@comcast.net
 Richard P. Gainey on behalf of Joint Debtor Lucille Blanciak richard.gainey@comcast.net, difatta1015@comcast.net
 Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
 Samuel M. DiFatta on behalf of Debtor Richard Blanciak difatta1015@comcast.net, richard.gainey@comcast.net
 Samuel M. DiFatta on behalf of Joint Debtor Lucille Blanciak difatta1015@comcast.net, richard.gainey@comcast.net
 TOTAL: 11