IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Richard Blanciak | : | Bankruptcy No.16-24475-GLT |
| Lucille Blanciak | : | Chapter 13 |
| Debtors | : | |
| Richard Blanciak | : | |
| Lucille Blanciak | : | [Related to Document No.  ] |
| Movant s | : | |
| | : | |
| v. | : | [Hearing Date and Time:  ] |
| | : | |
| | : | |
| No Respondent | : | |

## CERTIFICATE OF SERVICE OF AMMENDED CHAPTER 13 PLAN AND ORDER

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below on (date)  March 1, 2018, as follows:

By First Class Mail

See attached List.

*Parties served electronically not served by mail.


Date: March 16, 2018                                /s/Samuel M. DiFatta, Esq.

                                                    Samuel M. DiFatta, Esquire
                                                    PA I.D. #78156
                                                    PO Box 23
                                                    Tarentum, PA  15084
                                                    Tel.: (724) 882-5175
                                                    Email: difatta1015@comcast.net
                                                    Attorney for Debtor

Beneficial Consumer Discount
PO Box 1231
Brandon, FL 33509-1231

Capital One
PO Box 30253
Salt Lake City, UT 84130

Comenity Bank
PO Box 18279
Columbus, OH 43218

Ford Motor Credit
PO Box 54200
Omaha, NE 68154

Midland Funding LLC
8875 Aero Drive
Suite 200
San Diego, CA 92123

Synchrony Bank/JC Penney
PO Box 965036
Orlando, FL 32896

Tax Claim Bureau
450 East Market Street
Suite 4D
Kittanning, PA 16201