UNITED STATES BANKRUPTCY COURT
Western DISTRICT OF Pennsylvania

In Re:

RICHARD BLANCIAK AND LUCILLE BLANCIAK

Debtor(s)

Case No. 16-24475

Claim No. : 5

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor **Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass- Through Trust VI C/O Fay Servicing, LLC** in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

**Address where Payments to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

Date: 06/24/2019

Creditor's Authorized Agent for Fay Servicing, LLC