Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Richard Blanciak** | : | Case No. 16−24475−GLT |
| **Lucille Blanciak** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 100 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this ***The 8th of July, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

      (5) Any party−interest that challenges the good faith of the dismissal shall, on or before July 25, 2019, file a motion setting forth the basis of the challenge an specifically identifying the relief requested in the event dismissal is found not to have made in good faith.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 16-24475-GLT
Richard Blanciak                                                     Chapter 13
Lucille Blanciak
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dbas              Page 1 of 2           Date Rcvd: Jul 08, 2019
                             Form ID: 309            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2019.
db/jdb         +Richard Blanciak,   Lucille Blanciak,   1218 Pleasantview Drive,   Vandergrift, PA 15690-6121
cr             +CitiBank N.A.,,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
cr             +Citibank, N.A., not in its individual capacity, bu,   c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,   Boca Raton, FL 33487-2853
14330742        Beneficial Consumer Discount,   PO Box 1231,   Brandon, FL 33509-1231
14672946        Fay Servicing, LLC,   PO Box 814609,   Dallas, TX 75381-4609
14330754       +Tax Claim Bureau,   450 East Market Street,   Suite 4D,   Kittanning, PA 16201-1463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14366467       +EDI: HFC.COM Jul 09 2019 07:03:00      Beneficial Consumer Discount Company (See 410),
                 c/o HSBC MORTGAGE SERVICES, INC.,   P.O. BOX 21188,   EAGAN, MINNESOTA 55121-0188
14330743       +EDI: CAPITALONE.COM Jul 09 2019 07:03:00      Capital One,   PO Box 30253,
                 Salt Lake City, UT 84130-0253
14330748        EDI: WFNNB.COM Jul 09 2019 07:03:00      Comenity Bank/Fashion Bug,   PO Box 18279,
                 Columbus, OH 43218
14330749        EDI: WFNNB.COM Jul 09 2019 07:03:00      Comenity Bank/Maurices,   PO Box 18279,
                 Columbus, OH 43218
14337031        EDI: FORD.COM Jul 09 2019 07:03:00      Ford Motor Credit Company LLC,   P.O. BOX 62180,
                 COLORADO SPRINGS, CO 80962
14330750       +EDI: FORD.COM Jul 09 2019 07:03:00      Ford Motor Credit,   PO Box 54200,
                 Omaha, NE 68154-8000
14330752       +EDI: MID8.COM Jul 09 2019 07:03:00      Midland Funding LLC,   8875 Aero Drive,   Suite 200,
                 San Diego, CA 92123-2255
14412105        EDI: PRA.COM Jul 09 2019 07:03:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
14358641        EDI: Q3G.COM Jul 09 2019 07:03:00      Quantum3 Group LLC as agent for,
                 Crown Asset Management LLC,   PO Box 788,   Kirkland, WA 98083-0788
14386293        EDI: Q3G.COM Jul 09 2019 07:03:00      Quantum3 Group LLC as agent for,
                 JH Portfolio Debt Equities LLC,   PO Box 788,   Kirkland, WA 98083-0788
14363541        EDI: Q3G.COM Jul 09 2019 07:03:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
14330753       +EDI: RMSC.COM Jul 09 2019 07:03:00      Synchrony Bank/JC Penney,   PO Box 965036,
                 Orlando, FL 32896-5036
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BENEFICIAL CONSUMER DISCOUNT COMPANY
cr              Ford Motor Credit Company LLC
cr              Freedom Mortgage Corporation
14330744*      +Capital One,   PO Box 30253,   Salt Lake City, UT 84130-0253
14330745*      +Capital One,   PO Box 30253,   Salt Lake City, UT 84130-0253
14330746*      +Capital One,   PO Box 30253,   Salt Lake City, UT 84130-0253
14330747*      +Capital One,   PO Box 30253,   Salt Lake City, UT 84130-0253
14330751*      +Ford Motor Credit,   PO Box 54200,   Omaha, NE 68154-8000
                                                                                   TOTALS: 3, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: dbas              Page 2 of 2              Date Rcvd: Jul 08, 2019
                               Form ID: 309            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2019 at the address(es) listed below:

        Ann E. Swartz    on behalf of Creditor    BENEFICIAL CONSUMER DISCOUNT COMPANY ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI C/O Fay Servicing, LLC bkgroup@kmllawgroup.com
        James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com, PitEcf@weltman.com
        Matt D. Urban    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com, jbluemle@weltman.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Samuel M. DiFatta    on behalf of Debtor Richard  Blanciak difatta1015@comcast.net, richard.gainey@comcast.net;difattasr89351@notify.bestcase.com
        Samuel M. DiFatta    on behalf of Joint Debtor Lucille  Blanciak difatta1015@comcast.net, richard.gainey@comcast.net;difattasr89351@notify.bestcase.com

        TOTAL: 9