**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RICHARD BLANCIAK
LUCILLE BLANCIAK
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Case No.:16-24475 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/02/2016 and confirmed on 02/01/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 42,300.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 42,300.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,701.00 | |
|     Trustee Fee | 1,881.04 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,582.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CITIBANK NA - TRUSTEE NRZ PASS-THROU<br>Acct: 9723 | 0.00 | 22,897.04 | 0.00 | 22,897.04 |
| CITIBANK NA - TRUSTEE NRZ PASS-THROU<br>Acct: 9723 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA - TRUSTEE NRZ PASS-THROU<br>Acct: 9723 | 7,816.80 | 0.00 | 0.00 | 0.00 |
| ARMSTRONG COUNTY TAX CLM BUR<br>Acct: | 28,000.00 | 0.00 | 1,081.86 | 1,081.86 |
| FORD MOTOR CREDIT COMPANY LLC(*)<br>Acct: 1467 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADVANTAGE AUTO SALES<br>Acct: | 0.00 | 9,774.31 | 0.00 | 9,774.31 |
| | | | | 33,753.21 |
| **Priority** | | | | |
| SAMUEL M DIFATTA ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RICHARD BLANCIAK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| GAINEY LAW OFFICES LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RICHARD P GAINEY ESQ<br>Acct: | 2,200.65 | 2,200.65 | 0.00 | 0.00 |
| RICHARD P GAINEY ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RICHARD P GAINEY ESQ<br>Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| SAMUEL M DIFATTA ESQ<br>Acct: | 1,500.35 | 1,500.35 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY LLC(*)<br>Acct: 1467 | 1,964.75 | 1,964.75 | 0.00 | 1,964.75 |
| | | | | 1,964.75 |
| **Unsecured** | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 9461 | 592.38 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 1054 | 668.93 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 9556 | 4,185.55 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE(*)<br>Acct: 2925 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 4212 | 1,923.37 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK<br>Acct: 5744 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK<br>Acct: 4667 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING<br>Acct: 5974 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK++<br>Acct: 7500 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CROWN A<br>Acct: 2950 | 816.79 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CROWN A<br>Acct: 3036 | 1,859.92 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT COMENI<br>Acct: 4073 | 280.64 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP - AGENT FOR JH POR<br>Acct: 6504 | 1,437.53 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP - AGENT FOR JH POR<br>Acct: 0526 | 498.09 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CROWN A<br>Acct: 8207 | 1,463.40 | 0.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY LLC(*)<br>Acct: 1467 | 1,983.70 | 0.00 | 0.00 | 0.00 |
| ANN E SWARTZ ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERTSON ANSCHUTZ & SCHNEID PL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***NONE***

| TOTAL PAID TO CREDITORS | | | | 35,717.96 |
|---|---|---|---|---:|

```
TOTAL CLAIMED
  PRIORITY               1,964.75
  SECURED               35,816.80
  UNSECURED             15,710.30
```

Date: 08/08/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com